1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   KEVIN RAY SCHRUBB,                           No.  2:13-cv-1769-EFB P
12              Plaintiff,
13         v.                                     ORDER
14   FNU JAGER, et al.,
15              Defendants.
16
17         Plaintiff is a state prisoner proceeding without counsel.  He brings an action under 42
18   U.S.C. § 1983 against officials at Pelican Bay State Prison.  A civil action, other than one based
19   on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if
20   all defendants reside in the same State, (2) a judicial district in which a substantial part of the
21   events or omissions giving rise to the claim occurred, or a substantial part of property that is the
22   subject of the action is situated, or (3) a judicial district in which any defendant may be found, if
23   there is no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).  Pelican
24   Bay State Prison is in Del Norte County.  Because Del Norte County lies within the venue of the
25   Northern District of California, venue properly lies in that district and not in this one.  *See* 28
26   U.S.C. § 1391(b); 28 U.S.C. § 84(a).
27   /////
28   /////

                                                     1

1  Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States
2  District Court for the Northern District of California.  *See* 28 U.S.C. § 1406(a).
3  Dated:  August 29, 2013.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE

2