UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN R. SCHRUBB,<br>Plaintiff,<br>v.<br>F. N. U. JAGER, et al.,<br>Defendants. | Case No. 13-04163 BLF (PR)<br>**ORDER OF DISMISSAL** |

Plaintiff, a California inmate, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 against officials at Pelican Bay State Prison ("PBSP"), where Plaintiff was formerly incarcerated. Plaintiff was granted leave to proceed *in forma pauperis* ("IFP") at the outset of this action. (Docket No. 9.) On remand, the Court reopened this action and ordered Defendants to resubmit a motion to revoke Plaintiff's IFP status to address the issues identified by the Ninth Circuit. (Docket No. 64.) After briefing on the matter, the Court granted Defendants' motion to revoke Plaintiff's IFP status pursuant to 28 U.S.C. § 1915(g) on May 22, 2018. (Docket No. 86.) Plaintiff was granted fourteen days from the date the order was filed to pay the full filing fee to avoid dismissal of the case without prejudice, i.e., no later than June 5, 2018. (*Id.*)

The deadline has since passed, and Plaintiff has failed to pay the filing fee. Accordingly, this action is **DISMISSED** for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: June 13, 2018

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.13\04163Schrubb_dism