UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN R. SCHRUBB,

    Plaintiff,

v.

F. N. U. JAGER, et al.,

    Defendants.

Case No. 13-04163 BLF (PR)

**JUDGMENT**

    The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

    The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 13, 2018

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.13\04163Schrubb_judgment